**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Glenn Williams, et al.
                          Plaintiff,

v.                                                    Case No.: 1:20−cv−00420
                                                       Honorable Virginia M. Kendall

City of Chicago, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 25, 2023:

       MINUTE entry before the Honorable Virginia M. Kendall. Status hearing held on 1/25/2023. Class Discovery Ordered closed by 4/25/2023. Motion for Class Certification shall be filed by 5/15/2023. Response due by 5/29/2023; Reply due by 6/7/2023. End of Fact Discovery Ordered closed by 11/3/2023. End of Fact Discovery Status hearing set for 11/6/2023 at 9:00 AM. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.