**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Glenn Williams, et al.
                              Plaintiff,

v.                                                       Case No.: 1:20−cv−00420
                                                          Honorable LaShonda A. Hunt

City of Chicago, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 27, 2023:

      MINUTE entry before the Honorable LaShonda A. Hunt: Plaintiff's motion for extension of time to complete discovery [224] is granted. Accordingly, the Court modifies its prior scheduling order [223] as follows: All deadlines previously set by Judge Kendall [219] are stricken. The parties are ordered to include an updated proposed discovery schedule and briefing schedule on class certification in their joint Initial Status Report for Reassigned Case that is now due 7/21/23. The 7/7/23 status report date is stricken. An in−person status hearing is set for 7/27/23 at 10:30a.m. in Courtroom 1219. Mailed notice. (kl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.