UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GLENN WILLIAMS, et al, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No: 20 CV 420 |
| v. | ) Honorable LaShonda Hunt |
| | ) |
| CITY OF CHICAGO, et al | ) |
| | ) |
| Defendants. | ) |

**PLAINITFFS' MOTION FOR LEAVE TO FILE PLAINTIFFS' STATUS REPORT, INSTANTER**

NOW COMES the named Plaintiffs, individually, and on behalf of all persons similarly situated, by and through their attorneys, ALLISON K. MUTH, and ROBERT A. HOLSTEIN of HOLSTEIN & MUTH, LLC, and respectfully moves this Court to grant leave for Plaintiffs to file their status report, *instanter*. In support thereof, the plaintiff states as follows:

1.) That on June 26, 2023, this Honorable Court granted Plaintiffs' motion for extension of time to conduct class discovery and struck prior discovery deadlines ordered in this case prior to reassignment.

2.) That counsel for the plaintiffs, Allison Muth, was traveling out of the country from June 22, 2023 until the late evening of July 19, 2023.

3.) As a result, Attorney Muth was unavailable to draft and/or submit a timely joint status report.

3.) That counsels for the plaintiff, Allison K. Muth and Robert Holstein, continue to review the prior orders and court filings entered in this case regarding substantive issue. Due to the breakdown of communication between plaintiffs' counsels and prior counsels, and

1

Attorney Muth's being unavailable until July 20, 2023, additional time was needed to determine the actual status of the case and how plaintiffs' counsel plan on proceeding with the litigation in this matter.

4.) Plaintiffs'' attorneys are currently planning and discussing how to proceed with the case at this time.

5.) Plaintiffs' disagree with the position of the Defendants, City of Chicago. Therefore, Plaintiffs submit this motion, along with their status report, separately, instead of jointly with that of the City of Chicago.

7.) There will not be any prejudice to the additional extension of time to conduct and complete class discovery to either party.

WHEREFORE, the Plaintiffs respectfully request that this Honorable Court grant the Plaintiffs leave to file their status report, instanter, and any other relief that this honorable Court finds just.

Date: the 26th day of July, 2023            Respectfully Submitted,

           s/ Allison K. Muth

One of the Attorneys for Plaintiffs

Allison K. Muth
Robert A. Holstein
HOLSTEIN & MUTH, LLC
130 N. Garland Court, Suite 1906
Chicago, Illinois 60602
(312) 906-8000
Allison.muth.law@gmail.com
Hoslteinrobert3@gmail.com

## CERTIFICATE OF SERVICE

      I, Allison K. Muth, attorney for named and putative class plaintiffs, hereby certify that on Monday, July 24, 2023 I filed the above described document(s) on the CM/ECF system of the United States District Court for the Northern District of Illinois, which constates service of the same.

                                                Respectfully Submitted,

                                                _____s/Allison K. Muth_____