**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Glenn Williams, et al.
         Plaintiff,

v.                Case No.: 1:20−cv−00420
                Honorable LaShonda A. Hunt

City of Chicago, et al.
         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 27, 2023:

  MINUTE entry before the Honorable LaShonda A. Hunt: Initial in−person status hearing held. For the reasons stated on the record, Plaintiffs' Motion for Leave to File Status Report, Instanter [227] is granted. The Court will reset the briefing schedule for class certification once class discovery closes. This case is referred to the Magistrate Judge for discovery supervision, including authority to adjust and extend all deadlines, and to conduct a settlement conference, if requested by the parties. Emailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.