UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GLENN WILLIAMS, et al, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No: 20 CV 420 |
| v. | ) Magistrate Judge McShain |
| | ) |
| CITY OF CHICAGO, et al | ) |
| | ) |
| Defendants. | ) |

**PLAINITFFS' MOTION FOR EXTENSION OF TIME TO SUBMIT JOINT STATUS REPORT**
**(unopposed)**

NOW COMES the named Plaintiffs, individually, and on behalf of all persons similarly situated, by and through their attorneys, ALLISON K. MUTH, and ROBERT A. HOLSTEIN of HOLSTEIN & MUTH, LLC, and respectfully moves this Court to extend the time for the parties to submit their joint status report. In support thereof, the Plaintiffs state as follows:

1.) That this case was referred to Magistrate Judge McShain on July 28, 2023.

2.) That this Honorable Court ordered that the parties submit their joint status report to by August 18, 2023.

3.) That counsels for the parties discussed the status report on August 15, 2023, in which attorneys discussed their positions as to the ongoing litigation in this matter. Plaintiff will be asking for leave to file an amended complaint, in which the defendant will object. The parties agree that they will need to tender a briefing schedule as to Plaintiff's pending motion for leave to file an amended complaint.

4.) That lead attorney for the Plaintiffs, Robert Holstein, suffered injury from a fall on August, 15, 2023, and co-counsel for the plaintiffs, Allison Muth, fell ill on Augst 16, 2023. Due to the time in which Plaintiffs' attorney were tending to their health, they have become behind in their ability to timely draft the joint status report, due to other pending litigation in their practice.

5.) Furthermore, Plaintiffs' attorneys are in need of more time to determine the issues that may be included in their proposed amended complaint, and to determine the adequate time needed to brief their the motion.

6.) The City does not oppose Plaintiffs' Motion for Extension based on the reasons provided by counsel, and the Court's expressed direction that a Joint Status Report must be filed. Otherwise, the City was prepared to file its own report.

7.) There will not be any prejudice to the additional extension of time to conduct and complete class discovery to either party.

WHEREFORE, the Plaintiffs respectfully request that this Honorable Court grant the Plaintiffs an additional 7 days to submit the parties joint status report.

Date: the 18th day of August, 2023      Respectfully Submitted,


　　　　　　　　　　　　　　　　　　　　　　　　　　　s/ Allison K. Muth
　　　　　　　　　　　　　　　　　　　　　　　　　　　One of the Attorneys for Plaintiffs

Allison K. Muth
Robert A. Holstein
HOLSTEIN & MUTH, LLC
130 N. Garland Court, Suite 1906
Chicago, Illinois 60602

(312) 906-8000
Allison.muth.law@gmail.com
Hoslteinrobert3@gmail.com

**CERTIFICATE OF SERVICE**

    I, Allison K. Muth, attorney for named and putative class plaintiffs, hereby certify that on Friday, August 18, 2023 I filed the above described document(s) on the CM/ECF system of the United States District Court for the Northern District of Illinois, which constates service of the same.

                                                                                  Respectfully Submitted,

                                                                                  ____s/Allison K. Muth_____