UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GLENN WILLIAMS, et al, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No: 20 CV 420 |
| v. | ) Magistrate Judge McShain |
| | ) |
| CITY OF CHICAGO, et al | ) |
| | ) |
| Defendants. | ) |

**PLAINITFFS' MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFFS MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT, *INSTANTER***

NOW COMES the named Plaintiffs, individually, and on behalf of all persons similarly situated, by and through their attorneys, ALLISON K. MUTH, and ROBERT A. HOLSTEIN of HOLSTEIN & MUTH, LLC, and respectfully moves this Court to extend the time for the parties to submit their motion for leave to file their Third Amended complaint, instanter. In support thereof, the Plaintiffs state as follows:

1.) That on September 22, 2023, this Honorable Court ordered that the Plaintiffs file their Motion for Leave to File their Third Amended Complaint by October 10, 2023.

2.) That Plaintiffs' counsels have been diligently working on the motion for leave to file their third amended complaint, along with drafting of the third amended complaint. However, due to unforeseen health issues of both Attorney Muth and her immediate family, she has been unavailable to devote the adequate to her law practice that she previously expected to be able to do. Additionally, co-counsel for the Plaintiffs', Robert Holstein, is preparing for major hip surgery under Dr. Stuvberg

1

at Northwestern Hospital. The preparation has involved numerous doctor visits, and lab work. Therefore, Plaintiffs were unable to timely complete the drafting of the Motion for leave to File their Third Amended Complaint.

3.) Due to counsels' litigation schedules in the next two weeks, counsels for the plaintiffs will need an additional two weeks to allocate the time to complete the drafting of the motion for leave to file the Third Amended complaint.

4.) The City has informed Plaintiffs that they will be opposing this motion and any motion for leave to file a third amended complaint. Plaintiffs feel that there will not be any prejudice to the defendants with the filing of their motion in the next 14 days.

WHEREFORE, the Plaintiffs respectfully request that this Honorable Court grant the Plaintiffs an additional 14 days to submit the Motion for Leave to file the Plaintiffs' Third Amended Complaint.

Date: the 11th day of October, 2023                Respectfully Submitted,

                                                                   s/ Allison K. Muth

                                                One of the Attorneys for Plaintiffs

Allison K. Muth
Robert A. Holstein
HOLSTEIN & MUTH, LLC
130 N. Garland Court, Suite 1906
Chicago, Illinois 60602
(312) 906-8000
Allison.muth.law@gmail.com
Hoslteinrobert3@gmail.com

## CERTIFICATE OF SERVICE

    I, Allison K. Muth, attorney for named and putative class plaintiffs, hereby certify that on Wednesday, October 11, 2023, I filed the above described document(s) on the CM/ECF system of the United States District Court for the Northern District of Illinois, which constates service of the same.

                                                      Respectfully Submitted,

                                                      _____s/Allison K. Muth_____