# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Glenn Williams, et al.
                                        Plaintiff,

v.                                                                Case No.: 1:20−cv−00420
                                                               Honorable LaShonda A. Hunt

City of Chicago, et al.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 19, 2023:

      MINUTE entry before the Honorable LaShonda A. Hunt: The document filed on the docket as "MOTION by Plaintiff Glenn Williams to amend/correct MOTION by Plaintiff Glenn Williams for leave to file *Third Amended Complaint*" [244] is an exhibit to Plaintiff's motion for leave to file third amended complaint [242] filed pursuant to the Court's order [243], not an independent motion as the title suggests. Accordingly, the Clerk's Office is directed to change the title of the filing on the docket to "EXHIBIT by Plaintiff Glenn Williams *Redline of Proposed Third Amended Complaint*". In addition, the filing should be related to the motion for leave [242] and the "Presented before District Judge" designation should be removed.Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.