## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Glenn Williams, et al.

                        Plaintiff,

v.                                                     Case No.: 1:20−cv−00420
                                                             Honorable LaShonda A. Hunt

City of Chicago, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 8, 2023:

      MINUTE entry before the Honorable LaShonda A. Hunt: Motion hearing held telephonically. For the reasons stated on the record, Plaintiffs' Motion for Leave to File Third Amended Complaint [242] is denied. Defendant City of Chicago's Motion to Strike Plaintiffs' Motion for Leave to File their Third Amended Complaint or Alternatively, Motion for Extension of Time [246] is terminated as moot. Parties are to comply with Magistrate Judge McShain's order [238] to file a joint status report by 11/20/23. Emailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.