**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
Eastern Division**

Glenn Williams, et al.
                    Plaintiff,

v.                                     Case No.: 1:20−cv−00420
                                            Honorable LaShonda A. Hunt

City of Chicago, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, February 5, 2024:

    MINUTE entry before the Honorable LaShonda A. Hunt: In the parties' joint status report [256], Defendant City of Chicago notes that, "while the caption has not been updated, Glenn Williams has been dismissed as a Plaintiff[, and] James Burris and Brogwley Russell are the only remaining Plaintiffs." (Dkt. No. [256] at 1 n. 1 (internal citations omitted)). This note, which the Court construes as a request to update the docket and caption, is granted. Accordingly, the Clerk's office is directed forthwith to update the docket to reflect that James Burris and Brogwley Russell are the only remaining Plaintiffs and all other Plaintiffs listed on the docket were terminated 7/25/22 [192]. Going forward, filings must contain a caption reflecting the same. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.