# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.2
### Eastern Division

Brogwley Russell, et al.

                                  Plaintiff,

v.                                                   Case No.: 1:20–cv–00420

                                                                   Honorable LaShonda A. Hunt

City of Chicago, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 7, 2024:

      MINUTE entry before the Honorable LaShonda A. Hunt: Defendant's Motion for Summary Judgment [278] is taken under advisement. Briefing will proceed according to the previously set schedule [277], with responses due by 11/1/24, and replies due by 12/3/24. The Court will rule by mail. Emailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.