# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Brogwley Russell and James Burris,

Plaintiff(s),

v.

City of Chicago,

Defendant(s).

Case No. 20 CV 420
Judge LaShonda A. Hunt

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes         pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: in favor of Defendants and against Plaintiffs. Defendants shall recover costs from Plaintiffs.

This action was *(check one)*:

☐ tried by a jury with Judge         presiding, and the jury has rendered a verdict.
☐ tried by Judge         without a jury and the above decision was reached.
☒ decided by Judge Kendall on 7/25/22 (Dkt. 192) on a motion to dismiss and by Judge LaShonda A. Hunt on 7/7/25 (Dkts. 292 and 293) on a motion for summary judgment.

Date: 7/7/2025

Thomas G. Bruton, Clerk of Court

G. Lewis , Deputy Clerk